■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SIDNEY ELISA, Appellant. [903 NYS2d 261]—Appeal by the defend-

ant, as limited by his brief, from a sentence of the Supreme Court, Kings County (Reichbach, J.), imposed November 14, 2007, upon his conviction of manslaughter in the first degree, after a nonjury trial, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see* CPL 470.15 [6] [b]; Penal Law § 1.05 [6]; *People v Suitte*, 90 AD2d 80 [1982]). Fisher, J.P., Lott, Austin and Sgroi, JJ., concur.